**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6395**
_____

STEVEN LOUIS BARNES,

                    Plaintiff – Appellant,

          v.

ATTORNEY GREGORY WILLIAM SEIGLER,

                    Defendant – Appellee,

          and

LT. MARK HOWARD,

                    Defendant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.  Margaret B. Seymour, Chief
District Judge.  (5:11-cv-01156-MBS-KDW)

_____

Submitted:  April 26, 2012          Decided:  May 1, 2012

_____

Before GREGORY, AGEE, and WYNN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Steven Louis Barnes, Appellant Pro Se. Desa Ann Rice Ballard,
Harvey MacClure Watson, III, DESA BALLARD, PA, Columbia, South
Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Louis Barnes seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing his claims against the Appellee Gregory William Seigler without prejudice. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541, 545–46 (1949). The order Barnes seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction and deny Barnes' motion to amend his notice of appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2